UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS TRAVION LAND,<br>       Plaintiff,<br>  v.<br>RIVERA,<br>       Defendant. | Case No. 18-cv-07364-RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. He since has filed one. Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED. (Dkt. Nos. 10 and 11.)

Plaintiff's motion to reopen is DENIED as moot. (Dkt. No. 13.) The Clerk shall terminate all pending motions. The amended complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** November 21, 2019

_____
RICHARD SEEBORG
United States District Judge